State v. Sizemore; State v. Davis

No error.

Judges BRITT and HEDRICK concur.

---

STATE OF NORTH CAROLINA v. ROBY ANDREW SIZEMORE

No. 7525SC282

(Filed 18 June 1975)

APPEAL by defendant from *Thornburg, Judge.* Judgment entered 15 November 1974 in Superior Court, CATAWBA County. Heard in the Court of Appeals 11 June 1975.

*Attorney General Edmisten, by Assistant Attorney General Myron C. Banks, for the State.*

*Butner, Rudisill & Brackett, by J. Richardson Rudisill, Jr., for defendant appellant.*

MORRIS, VAUGHN and CLARK, Judges.

No error.

---

STATE OF NORTH CAROLINA v. NEAL ARCHIE DAVIS

No. 7516SC285

(Filed 18 June 1975)

APPEAL by defendant from *Godwin, Judge.* Judgment entered 8 January 1975 in Superior Court, ROBESON County. Heard in the Court of Appeals 11 June 1975.

MORRIS, VAUGHN and CLARK, Judges.

No error.